UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY BRANDENBURG,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, LARA B. STRICT, and THE WASHINGTON STATE CORRECTIONS CENTER,<br><br>        Defendants. | CASE NO. C13-5779 BHS-JRC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR A MORE DEFINITE STATMENT |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Defendants have filed a motion asking the Court to order plaintiff to file a second amended complaint (ECF No. 16). Defendants argue that the complaint is deficient because plaintiff does not set forth a cognizable cause of action and because plaintiff must specify what constitutional provision(s) he alleges that defendants have violated (ECF No. 1, p. 1). Defendants also complain that the amended complaint is "vague." (*id*.).

ORDER - 1

1    The Court grants defendants' motion because plaintiff needs to identify what
2 constitutional provision(s) he alleges that defendants have violated and he needs to provide facts
3 to show how each defendant's actions violated his rights. *See generally Leer v. Murphy*, 844
4 F.2d 628 (9th Cir 1988)(discussing personal participation and causation).
5    The Court orders that plaintiff file a second amended complaint curing the defects
6 outlined by defendants.  Plaintiff must file his second amended complaint on or before March 21,
7 2014.  The second amended complaint will act as a complete substitute for the original and not as
8 a supplement.  Plaintiff's failure to file the second amended complaint may result in sanctions.
9    Dated this 13th day of February, 2014.

J. Richard Creatura
United States Magistrate Judge