UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY BRANDENBURG,

                Plaintiff,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, LARA B STRICT, and
THE WASHINGTON CORRECTIONS
CENTER,

                Defendants.

CASE NO. C13-5779 BHS-JRC

ORDER TO SHOW CAUSE

      This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate

Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1,

MJR 3, and MJR 4.

      On February 13, 2014, the Court granted defendants' motion for a more definite

statement and ordered that plaintiff file an amended complaint on or before March 21, 2014

(Dkt. 17).  Plaintiff has not complied with the Court's order.  The Court orders plaintiff to show

cause on or before May 9, 2014 why this action should not be dismissed pursuant to Fed. R. Civ.

P. 41(b) for failure to prosecute and failure to comply with a Court order.

1    If the Court does not have both plaintiff's amended complaint and plaintiff's response to

2   this order by May 9, 2014, the Court will file a Report and Recommendation asking that the

3   District Court Judge dismiss this action with prejudice.

4    Dated this 4rd day of April, 2014.

5

6   _____
    J. Richard Creatura
7   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24