UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY BRANDENBURG,

              Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

              Defendants.

CASE NO. C13-5779BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The Court dismisses this action with prejudice for Plaintiff's failure to comply with Court orders and his failure to prosecute.

Dated this 12th day August, 2014.

                                                 BENJAMIN H. SETTLE
                                               United States District Judge

ORDER